

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2018

No. 04-18-00023-CR

Casey Lane **DAWSON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-16-0000128
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

    The State's motion for extension of time to file its brief is GRANTED. The State's brief is due on **August 2, 2018.**

_Karen Angelini_
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court